QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EUGENE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EUGENE WILLIAMS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:04-cr-0336 LKK <br><br> STIPULATION AND ORDER CONTINUING CASE <br><br> Date:  September 7, 2005 <br> Time:  9:30 a.m. <br> Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kymberly A. Smith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant that the above case, which is currently scheduled for judgment and sentencing on September 7, 2005, be continued until September 20, 2005, on this court's criminal calendar, due to the unavailability of the defendant.

In earlier proceedings before this court, Mr. Williams pled guilty

1  to the charge in the indictment.  Thereafter the case was transferred
2  to the District of Kansas for consolidation with a pending federal
3  case.  The District Court in Kansas, however, declined to accept the
4  case for sentencing and ordered the matter returned to this district.
5  In the meantime, Mr. Williams was designated and transferred to the
6  custody of the Bureau of Prisons for service of a sentence imposed in
7  the district of Kansas.
8       Because of the schedule of the U.S. Marshal's air transportation
9  connections, and the timing of receipt by the Marshal's service of a
10 request that Mr. Williams be brought to Sacramento, Mr. Williams cannot
11 be present before approximately September 15, 2005.
12      **IT IS SO STIPULATED**.

15 Dated:   September 6, 2005          /S/ Kymberly A. Smith*
                                       Kymberly A. Smith
16                                     Assistant United States Attorney
                                       Counsel for Plaintiff
17                                     * by jls per oral authorization

19 Dated:   September 6, 2005          /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
20                                     Assistant Federal Defender
                                       Attorney for Defendant
21                                     EUGENE R. WILLIAMS

                                **O R D E R**

24      **IT IS SO ORDERED**.
25                         By the Court,

27 Dated: September 6, 2004            /s/Lawrence K. Karlton
                                       Hon. Lawrence K. Karlton
28                                     Senior United States District Judge

Stipulation & Proposed Order            2